UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TREVOR WILLIAMS,

Defendant.

09-CR-101 (RMB)

**ORDER**

The Court is in receipt of Mr. Trevor Williams' *pro se* letter motion, dated July 10, 2025, requesting early termination of supervised release which is taking place in Nevada. *See* ECF No. 160. Mr. Williams is 33 months into his five-year term of supervision.

The Court has not been involved in supervised release in this case. The reason is that upon release from the Bureau of Prisons on September 30, 2022, Mr. Williams commenced his term of supervision in the District of Nevada, and this Court transferred jurisdiction of the case along with jurisdiction over supervised release to the District of Nevada. *See* Transfer of Jurisdiction, at 1 (ECF No. 158). Because jurisdiction of this matter has been transferred, the Court respectfully requests that the S.D.N.Y. Clerk's Office forward Mr. Williams' motion to Nevada District Judge Andrew P. Gordon for his consideration.

Date: July 23, 2025
New York, New York

_____
**RICHARD M. BERMAN, U.S.D.J.**